FILED

03/27/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0144



# IN THE SUPREME COURT OF THE STATE OF MONTANA

## DA 23-0144

JACK WHITE,

      Plaintiff and Appellant,

  v.

ARLENE M. HENNELLY, if alive, if
deceased,

      Defendant and Appellee,

and all unknown heirs, RUTH HILL, if
alive, if deceased, and all unknown heirs;
LORI BAKER PATRICK, TREASURER
OF BUTTE-SILVER BOW COUNTY,
MONTANA; BUTTE-SILVER BOW, a
municipal corporation and political
subdivision of the State of Montana; THE
DEPARTMENT OF REVENUE OF THE
STATE OF MONTANA; THE STATE OF
MONTANA; and all other persons,
unknown, claiming or who might claim any
right, title, estate or interest in or lien or
encumbrance upon the real estate described
in Plaintiff's Complaint, or any part thereof,
adverse to Plaintiff's title thereto, whether
such claim or possible claim be present or
contingent, including any claim or possible
claim of dower, inchoate or accrued,

      Defendants.

      ORDER OF MEDIATOR APPOINTMENT

      This appeal being subject to M.R.App.P. 7, and the parties having failed to jointly
and timely select a mediator under M.R.App.P., 7(4),(c),

IT IS ORDERED THAT **Nathan G. Wagner,** whose name appears next on the list of attorneys desiring appointment as mediators for Money Judgments appeals which is maintained pursuant to M.R.App.P., 7(4)(e), is hereby appointed to conduct the mediation process required by M.R.App.P., 7(5), and

IT IS FURTHER ORDERED that the time periods set forth in M.R.App.P., 7(5)(d) shall run from the date of this order of appointment.

A true copy of this order is being mailed to counsel of record for the parties, or to the parties individually if not represented by counsel, on the date hereof.

DATED this March 27, 2023.

_____
Bowen Greenwood, Clerk of the Supreme Court

c:      Liza L. Dennehy, Brian Michael Dunlap, David L. Vicevich, Nathan G. Wagner